DANIEL G. BOGDEN
United States Attorney
GREG ADDINGTON
Nevada Bar #6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Ph: (775) 784-5438
Fax: (775) 784-5181

IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Section Chief
KRISTEN L. GUSTAFSON, Assistant Section Chief
ERIK E. PETERSEN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0339 (tel)
(202) 305-0275 (fax)

LISA RUSSELL, Section Chief
GUILLERMO MONTERO,
Acting Assistant Section Chief
AYAKO SATO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663
TEL:   (202) 305-0239
FAX:   (202) 305-0506

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN SALAZAR, et al.,<br><br>    Defendants. | CASE NO. 3:11-cv-00608<br><br>**FEDERAL DEFENDANTS' NOTICE OF RELATED CASES** |

Pursuant to Local Rule 7-2.1, Federal Defendants submit this Notice of Related Cases.

Local Rule 7-2.1 provides that an action may be related to another action if "(a) [b]oth actions involve the same parties and are based on the same or similar claim; (b) [b]oth actions involving the same property, transaction or event; (c) [b]oth actions involve similar questions of fact and the same question of law and their assignment to the same district judge and/or magistrate judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or, (d) [f]or any other reason, it would entail substantial duplication of labor if the actions were heard by different district judges or magistrate judges.  The assigned judges will make a determination regarding the consolidation of the actions."  LR 7-2.1.

The complaint in this action challenges the Bureau of Land Management's wild horse gather for the Triple B Complex covering approximately 1,682,998 acres in eastern Nevada. *See* Dkt. No. 1.  Also, currently pending before this Court is *the Cloud Foundation et al. v. U.S. Bureau of Land Management et al.*, Case No. 3:11-cv-00459-HDM-VPC, which involves the very same wild horse gather on the Triple B Complex.  In the *Cloud Foundation*, Plaintiffs sought a temporary restraining order and preliminary injunction to halt the gather.  On July 15, 2011, Honorable Judge Howard D. McKibben denied Plaintiffs' motion.  Judge McKibben has

invested substantial time and resources acquiring knowledge about the challenged action involving the Triple B Complex.

Because this case and *the Cloud Foundation* challenge the same gather for the Triple B Complex, it would be the most cost efficient and economical and would reduce substantial duplication of labor if the same judge were assigned to decide all claims relating to the Triple B Gather.  Accordingly, Federal Defendants respectfully suggest that this action be reassigned to Honorable Judge Howard D. McKibben.

Dated: August 26, 2011.

                                        Respectfully Submitted,

                                        IGNACIA S. MORENO,
Assistant Attorney General

*/s/ Ayako Sato*
AYAKO SATO
D.C. Bar No. 977669
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663
TEL:   (202) 305-0239
FAX:   (202) 305-0506
e-mail:  ayako.sato@usdoj.gov
ERIK E. PETERSEN
D.C. Bar No. 489073
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339
Fax: (202) 305-0275
Email: erik.petersen@usdoj.gov

*Attorneys for Federal Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH<br><br>    Plaintiff,<br><br>        v.<br><br>KEN SALAZAR, et al.,<br><br>    Defendants. | CASE NO. 3:11-cv-00608<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 26, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                    /s/ Ayako Sato
                                    AYAKO SATO