GORDON M. COWAN, Esq.
SBN# 1781
Law Office of Gordon M. Cowan
P.O. Box 17952
Reno, Nevada 89521
Telephone (775) 786-6111

Attorney for Plaintiff LAURA LEIGH

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAURA LEIGH,

           Plaintiff,

vs.

KEN SALAZAR, in his official capacity as Secretary of the U.S. DEPARTMENT OF THE INTERIOR, BOB ABBEY, in his official capacity as Director of the BUREAU OF LAND MANAGEMENT; AMY LUEDERS in her official capacity as Nevada State Acting Director of the BUREAU OF LAND MANAGEMENT,

           Defendants.
_____/

Case No.  3:11-cv-0608-LRH-RAM

## RESPONSE TO NOTICE OF RELATED CASE (Doc. 5)

Plaintiff's response to federal defendants' Notice of Related Case follows:

1. Plaintiff has no objection to *any* district judge, among those sitting in the north, to hear this emergency TRO. Both the Hon. Larry Hicks and the Hon. Howard McKibben have handled these cases. Admittedly, Judge McKibben has current working knowledge of the Triple B Complex roundup where he ruled on requested injunctive relief just last month, in that case (3:11-cv-459).

2. So the court is aware, the undersigned identified 3:11-cv-459 in Plaintiff's initial filing of this case with the Civil Cover Sheet.  (See Doc. No. 1-1).   The case 3:11-cv-459 is also referenced in Ms. Leigh's emergency TRO motion. (TRO, Doc. No. 3, p.2, fn.1).

3. Finally, although Plaintiff has no objection to the government defendants' notice

of related case, to be clear, neither the undersigned nor Plaintiff Ms. Leigh, had any involvement whatsoever, in 3:11-cv-459.

Plaintiff will make herself available for hearing on the emergency TRO anytime at the court's convenience.

Respectfully, this 26th day of August 2011

LAW OFFICE OF GORDON M. COWAN

/S/
_____
Gordon M. Cowan Esq. (SBN 1781)
Attorney for Plaintiff LAURA LEIGH

**CERTIFICATE OF SERVICE**
[Pursuant to Fed. R. Civ. P. 5(b) & Local Rules for Electronic Filing]

I certify that on the date indicated below, I filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which would provide notification and a copy of same to counsel of record, including the following counsel:

Erik Petersen, Esq.        erik.petersen@usdoj.gov

Dated this 26th day of

/S/
_____
G.M. Cowan

Cowan Law Office
P.O. Box 17952
Reno, NV 89511
Ph 775.786.6111
www.cowanlaw.com

Page 2