UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, | 3:11-cv-00608 LRH-RAM |
| Plaintiff, | |
| vs. | |
| KEN SALAZAR, in his official capacity as Secretary of the U.S. DEPARTMENT OF THE INTERIOR; *et al.*, | |
| Defendants. | |

Before the court is Federal Defendant's Notice of Related Cases (doc. #5) and Plaintiff's Response to Notice of Related Cases (doc. #6).

Judges Hicks and McKibben have conferred concerning this matter and are of the view that although different plaintiffs and issues are raised in the two actions concerning the Triple B, Maverick-Medicine and Antelope Valley Herd Management Areas ("Triple B Complex") Wild Horse Gather, that, in the interest of judicial efficiency, this action should be reassigned to the Honorable Howard D. McKibben.

Good cause appearing, this action is reassigned to the Honorable Howard D. McKibben and the hearing scheduled by Judge Hicks for Monday, August 29, 2011 at 9:30 am is hereby VACATED.

///

///

///

1     It is expected that a further order pertaining to scheduling will soon be issued by the Honorable
2 Howard D. McKibben.
3     IT IS SO ORDERED.

5     DATED this 26th day of August, 2011.

                                            _____
                                            LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE