IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAURA LEIGH,

        Plaintiff,                        3:11-cv-00608-HDM-RAM

  vs.                                       ORDER

KEN SALAZAR, in his official
capacity as Secretary of the
U.S. Department of the
Interior, *et al.*,

        Defendants.
_____/

    This case having been reassigned to the undersigned on August 26, 2011, it is ordered that a hearing on the plaintiff's Emergency Motion for Temporary Restraining Order (#3) is scheduled for Tuesday, August 30, 2011, at 1:30 p.m. in Courtroom #4. Out of town counsel may appear telephonically.

    It is further ordered that the government shall respond to the plaintiff's application for an emergency temporary restraining order on or before 1 p.m. on Monday, August 29, 2011.

    Dated this 26th day of August, 2011.

                                                              /s/ Howard D. McKibben
                                                       UNITED STATES DISTRICT JUDGE