**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LAURA LEIGH, | ) | 3:11-cv-00608-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| KEN SALAZAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On February 17, 2012, plaintiff filed a "Notice of Recent Case of Significance Having Effect on this Court's Ruling (Dk. 30) that Denied Plaintiff's Motion for Preliminary Injunction (Dk. 12) Without Prejudice" (#33), in which the plaintiff suggests that the court should *sua sponte* reconsider its order of January 26, 2012. The court is disinclined to *sua sponte* reconsider its order. Nevertheless, plaintiff shall have up to and including March 20, 2012, in which to reformulate its notice into a motion for reconsideration. In the event plaintiff does so, the defendants

1

shall have up to and including April 4, 2012, in which to file a response to any such motion for reconsideration.

IT IS SO ORDERED.

DATED: This 5th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE