**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LAURA LEIGH, | ) | 3:11-cv-00608-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| KEN SALAZAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The defendants' motion to amend schedule (#66) to allow for the filing of a motion to dismiss plaintiff's Jackson Mountain gather claims is **GRANTED**. Defendants shall have up to and including January 2, 2013, in which to file any motion to dismiss. Plaintiff shall file any response on or before January 24, 2013, and defendants shall file any reply on or before February 8, 2013. The current deadlines set by the court's scheduling order (#65) are accordingly stayed. Following the court's decision on any motion to dismiss, or, should no such motion be filed, following the deadline for filing the motion to dismiss, this matter will be referred to the magistrate judge to reset the remaining deadlines.

IT IS SO ORDERED.

DATED: This 19th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE