UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAURA LEIGH, | ) | 3:11-cv-00608-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 1, 2013 |
| | ) | |
| SALLY JEWELL, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Amend Scheduling Order (#79) Pending Resolution of Motions (Doc. # 95).

The court entered a Scheduling Order in this matter on May 14, 2013. (Doc. # 79.) It provided a deadline for filing the complete administrative record for the father decisions, and providing a schedule for briefing if Plaintiff believed the administrative record to be incomplete, with any disputes to be addressed at a status conference on May 31, 2013. In the event discovery was to proceed, the discovery deadline was set for July 31, 2013, and the expert witness disclosure deadline was June 30, 2013. All motions for summary judgment were due to be filed on August 30, 2013, with oppositions due on September 20, 2013, and reply briefs due on October 5, 2013. Finally, it set a deadline of September 27, 2013, for the filing of a joint pre-trial order.

Plaintiff did dispute that the administrative record was complete and the parties briefed the matter and appeared for a status conference before the court on May 31, 2013. (*See* Docs. # 81, # 82, # 83.) After hearing from the parties, the court gave Defendants until June 10, 2013 to file a motion to dismiss or motion for judgment on the pleadings, and afforded Plaintiff an opportunity to file a motion to amend the complaint by the same date. (*See* Doc. # 83.)

MINUTES CONT'D
PAGE 2
3:11-cv-00608-HDM-WGC
_____

     Defendants filed a motion to dismiss on June 10, 2013. (Doc. # 84.) Plaintiff filed a response on June 27, 2013. (Doc. # 93.) Defendants reply brief is due by July 7, 2013.

     Plaintiff filed a motion to amend on June 11, 2013, and an errata on June 19, 2013. (Docs. # 85, #89.) Defendants filed their response on June 24, 2013. (Doc. # 90.) Plaintiff's reply is due by July 4, 2013.

     On June 28, 2013, Plaintiff filed the instant motion seeking to amend the scheduling order.

     With good cause appearing, Plaintiff's motion is **GRANTED** to the extent she seeks an order suspending the scheduling order deadlines pending disposition of the motion to dismiss (Doc. # 84) and motion for leave to amend (Doc. # 85). After disposition of these motions, if necessary, the court will set a status conference to re-visit the scheduling order deadlines.

     **IT IS SO ORDERED.**

                                                   LANCE S. WILSON, CLERK

                                          By:__/s/_____
                                               Deputy Clerk