# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, | 3:11-cv-00608-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| S.M.R. JEWELL, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a temporary restraining order (#91).  Plaintiff's motion seeks relief based on claims that are not part of the complaint in this case.  While the plaintiff has filed a motion to amend her complaint to add claims relevant to her request for injunctive relief, that motion is not yet fully briefed as the plaintiff has not filed a reply to the defendant's opposition to the motion to amend.  Accordingly, the plaintiff's motion for a temporary restraining order (#91) is **DENIED WITHOUT PREJUDICE** to renew as a motion for preliminary injunction should the court grant plaintiff's motion to amend.

IT IS SO ORDERED.

DATED: This 8th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE