**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAURA LEIGH,                              )   3:11-cv-00608-HDM-WGC
                                          )
            Plaintiff,                    )
                                          )   ORDER
vs.                                       )
                                          )
SALLY JEWELL, et al.,                     )
                                          )
            Defendants.                   )
_____ )

On July 23, 2013, the court granted plaintiff leave to amend her complaint to include any additional factual allegations related to inhumane conduct at any roundups conducted pursuant to the Jackson Mountain and Triple B EAs, including bait-trapping at Jackson Mountain. On August 22, 2013, plaintiff filed a motion to amend her complaint (#104).[1] Plaintiff's motion to amend is **GRANTED**. Plaintiff shall file her proposed "fourth amended complaint"[2] on or before September 5, 2013. Once filed, the "fourth amended complaint" will supersede plaintiff's second amended complaint.

---

[1] The court notes that although the proposed "fourth amended complaint" continues to assert violations of plaintiff's and the public's right to access and observe the wild horse roundups, the plaintiff is precluded from asserting a claim that such conduct violates the First Amendment under this court's previous order of July 23, 2013.

[2] In its order of July 23, 2013, the court denied plaintiff's motion to file her proposed third amended complaint.

1

1    Pending before the court is the defendants' motion to dismiss
2 plaintiff's second amended complaint.  The court will now construe
3 the defendants' motion to dismiss plaintiff's second amended
4 complaint as a motion to dismiss plaintiff's "fourth amended
5 complaint," and defendants are granted leave to supplement the
6 motion on or before September 19, 2013.  Any response shall be
7 filed by October 3, 2013, and any reply shall be filed by October
8 15, 2013.
9    IT IS SO ORDERED.
10   DATED: This 28th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE