1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**
10
11   LAURA LEIGH,                    )        3:11-cv-00608-HDM-WGC
                                     )
12                  Plaintiff,       )
                                     )        ORDER
13   vs.                             )
                                     )
14   SALLY JEWELL, et al.,           )
                                     )
15                  Defendants.      )
     _____ )
16
17        Currently on deposit with the court is $200 posted in
18   connection with the court's order of June 21, 2012.  (*See* Doc. #50,
19   #51 & #52).  This case is now closed.  Accordingly, the clerk of
20   court shall be directed to return $100 to Laura Leigh, c/o Gordon
21   Cowan, 10775 Double R Blvd., Reno, NV 89521, and $100 to Laura
22   Leigh, P.O. Box 4176, Carson City, NV 89702, unless any objections
     are filed to such disbursement on or before March 7, 2016.
23
          IT IS SO ORDERED.
24
          DATED: This 24th day of February, 2016.
25
26
                              _____
27                            UNITED STATES DISTRICT JUDGE
28